PBT#386503990-JGM-00-004

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina
Western Division


FILED
FEB 2 4 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

JORGE GALEAS-MENCHU-EL, JR.
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

LARRY K. SWAIN, et al
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial Demanded

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: JORGE GALEAS-MENCHU-EL, JR., JORGE GALEAS JR.,
- All other names by which you have been known: JORGE ALFREDO GALEAS GARAY, JORGE GALEAS, PACAL HUEY TLAHTOANI MENCHU XIII, JORGE GALEAS-MENCHU JR., JORGE GALEAS-MENCHU
- ID Number: A70004291/5429/2575/0001
- Current Institution: PASQUOTANK CORRECTIONAL INSTITUTION
- Address: % 527 COMMERCE DRIVE
  ELIZABETH CITY, NORTH CAROLINA EXEMPT DMM REG.
  City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: LARRY K SWAIN
- Job or Title (if known): SRG Sergeant
- Shield Number: SLK-11
- Employer: PASQUOTANK CORRECTIONAL INST. SRG DEPT.
- Address: 527 COMMERCE DRIVE
  ELIZABETH CITY, NORTH CAROLINA 27909
  City / State / Zip Code

[X] Individual capacity  [X] Official capacity

**Defendant No. 2**
- Name: FNU PERRY
- Job or Title (if known): CAPTAIN
- Shield Number: D/K
- Employer: PASQUOTANK CORRECTIONAL INST. SRG DEPT.
- Address: 527 COMMERCE DRIVE
  ELIZABETH CITY, NORTH CAROLINA 27909
  City / State / Zip Code

[X] Individual capacity  [X] Official capacity

Page 2 of 11

Defendant No. 3
- Name: JAMES VAUGHAN
- Job or Title (if known): WARDEN
- Shield Number: D/K
- Employer: PASQUOTANK CORRECTIONAL INST. SRG. DEPT.
- Address: 527 COMMERCE DRIVE
ELIZABETH CITY, NORTH CAROLINA 27909

[X] Individual capacity  [X] Official capacity

Defendant No. 4
- Name: MIKE CAUSEY
- Job or Title (if known): COMMISSIONER
- Shield Number: D/K
- Employer: NC DEPT. OF INSURANCE
- Address: 1201 MAIL SERVICE CENTER
RALEIGH, NORTH CAROLINA 27699

[X] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[X] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FOREIGN SOVEREIGN IMMUNITY ACT Title 28 USC Sec. 1602 et seq, Title 18 U.S. Criminal Codes §112, Title 18 USC 245, Title 18 USC chapter 63 1341, Title 18 part I chapter 63 §1342, Title USCS §1691, Chapter 50A, Title 18 U.S.C.A.-1203, RICO ACT Title 18 U.S.C.A. §§1961-1968, House Joint Res 192 of June 5, 1933, and Title 18 USC §241 and §242 and the Immunity Clause of the 5th Amendment of the United States Constitution, or Constitution of the United States of America, in the family of Nations.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Due process clause and Immunity clause of the 5th Amendment of the Constitution of the United States of America, in the family of Nations.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Defendant acted under wrongfully assumed powers and Authority under pretence and color of office, Laws and Title.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* Private Citizen and National of the United States of America in the family of Nations, a True Moorish American National, a foreign Official, Official Guest, Minister of Justice, Ambassador from El Salvador, International Protected Persons and etc., etc, etc and etc.

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.


B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pasquotank Correctional Institution at Unit 2 floor 1 in C block inside my cell #1.

PDT#386503990-JGM-00-004

C. What date and approximate time did the events giving rise to your claim(s) occur?

On or about February 2nd, 2021 at approximately 7:00 AM. and between 8:30 A.M. during a COVID 19 Test and Transfer to Midium custody.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I, Jorge Galeas-Menchu-El Jr. Agent of JORGE GEVARA was placed in restrictive housing by Offender LARRY K. SWAIN without my consent or a contract and against my will and without having any personal and subject matter jurisdiction over my natural rights, after attempting to compel me under threat, duress and coercion to take an unlawful mandated COVID TEST under my private business trust prior to transfer to medium custody without providing me with the Legislative Act that created the power and authority given to Congress and to the General Assembly of North Carolina to enforce and obey an unconstitutional mandated COVID test in General. I was physical assaulted, intimidated, humiliated, kidnapped, taken hostage and deprived of my Immunity, Nationality, Diplomacy, Natural, and unalienable Birthrights, etc, etc and etc. I was threatened, intimidated and humiliated by Captain Dillard, Captain Perry and Sergean Larry K. Swain.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered and continue to suffer irreparable harms and deprivation of all my natural and unalienable Birthrights. I was deprived and continue to suffer the deprivation of my Nationality, Immunity, Sovereignty, Diplomacy, private Business Affairs and natural and unalienable Birthrights. I suffered intimidation, humiliation, threats, duress, coercion, invasion of privacy and etc. etc. etc. and the lost of an investment of Three Thousand,

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want an extinguishment and a full accounting, an Injunction and punitive damages against the Defendant for Irreparable harms to all of my Natural and unalienable rights. Nine Hundred and Sixty Five USD $[USD$3,965 USD] and the order of two pair of Tennis Shoes ordered under the names of two inmates. The actions of the Offenders were the cause of my irreparable harms and loss.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Pasquotank Correctional Institution

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

In Restritive Housing Unit 1 at Pasquotank Corr. Inst.

2. What did you claim in your grievance? Trespassing on private property and right kidnappings, hostage, physical assaults, batteries, defamation of character, false advertisement, copyright, Tradename, Trademark violations, intimidation, humiliation, threats, duress, coercion, perjury, conspiracy, slander of credit, Racketeering Activities, deprivation of natural and unalienable Birthrights, etc. etc. etc. and etc.

3. What was the result, if any?

I am still waiting for a Response

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed an infraction on the Offender LARRY K. SWAII and a formal complaint through the Administrative Grievance procedures and talked to the warden and with the OIC

PBT#3865039970-JGM-00-004

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   On 02-02-21 I talked to the Warden and he said that he was going to see if I refused to take the Covid TEST. On 02-06-21 I talked to Lt. Flemming. Also on 02-02-21 I talked to Lt. JOHN DOE.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I filed a public Notice with the Superior Court, with the District Attorney and with the Sheriff Department in Guilford County and the same was filed in Pasquotank County under the same Titles and with the NCDPS. See public Notice Attch.

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☐ No

I am missing information but I will take the 5th Amendment on the ground that I am a private Citizen

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

I am missing information but I will take the 5th Amendment on the ground that I am a private Citizen

PBT#=38650990 JGM-00-004

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case 5:21-ct-03057-M   Document 1   Filed 02/24/21   Page 9 of 11

Page 9 of 11

PBT#386503990-JCM-00-004

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) JORGE GALEAS-MENCHU-EL JR.
   Defendant(s) DONALD J. TRUMP, STEVEN TURNER MNUCHIN, LISA Y. JOHNSON-TOWKINS

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Federal District Court of the United States and with the Supreme Court of the United States.

3. Docket or index number
   I never heard from none of the courts

4. Name of Judge assigned to your case
   I D/K

5. Approximate date of filing lawsuit
   October 25th, 2020 and November 25th, 2020

6. Is the case still pending?
   ☐ Yes   I don't know I never heard from
   ☐ No    the courts at all.

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   I D/K   I never heard from the courts.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02-08-2021

Signature of Plaintiff: *Without prejudice* [signature]

Printed Name of Plaintiff: JORGE GALEAS-MENCHU-EL, JR.

Prison Identification #: I don't have one

Prison Address: %527 COMMERCE DRIVE
ELIZABETH CITY, NORTH CAROLINA EXEMPT DMM. REG.

### B. For Attorneys

Date of signing: 02-08-2021

Signature of Attorney: *Without prejudice* [signature]

Printed Name of Attorney: Jorge Galeas-Menchu-El, Jr.

Bar Number: 0001

Name of Law Firm: IAIM

Address: Non-Domestic %5565 Bonneville Road
Hidden Hills, California [91302-5565]

Telephone Number: N/A

E-mail Address: N/A

Amicus Puriae
cc:
To All